# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1510. KYLE RICHARD BISHOP v. THE STATE.**

In 2000, Kyle Richard Bishop was convicted of one count of child molestation, two counts of aggravated child molestation, and one count of aggravated sexual battery. This Court affirmed Bishop's convictions on direct appeal. *Bishop v. State*, 252 Ga. App. 211 (555 SE2d 504) (2001). On October 6, 2021, Bishop filed a "Motion to Dismiss Case for Lack of Jurisdiction Under 28 U. S. C. § 2072 and Civil Rule 60," wherein he asserted various problems with his indictment. The trial court dismissed the motion on October 20, 2021, and Bishop filed this appeal. We lack jurisdiction.

A challenge to the validity of an indictment is a challenge to a criminal conviction. See *Jones v. State*, 290 Ga. App. 490, 494 (2) (659 SE2d 875) (2008). Our Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (2) (686 SE2d 786) (2009).

Thus, Bishop is not authorized to collaterally attack his conviction in this manner, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
            *Clerk's Office, Atlanta,*  07/11/2022

            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.